PER CURIAM.

(No. 74-CC-29—

DOROTHY PITCHFORD, BESSIE GILBERT COOPER, MAYME KEEN, and CECIL JOHNSON, on behalf of and as the Widower and Sole Heir of DOROTHY JOHNSON, deceased, Claimants, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC HEALTH, Respondent.

*Opinion filed January 14, 1975.*

KLEIMAN, CORNFIELD & FELDMAN, Attorney for Claimants.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.